## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OTIS ROBINSON, ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | **CIVIL NO. 04-cv-927-WDS** |
| vs. ) | |
| ) | **CRIMINAL NO. 04-cr-30007** |
| UNITED STATES of AMERICA , ) | |
| ) | |
| Respondent/Plaintiff. ) | |

### MEMORANDUM AND ORDER

**STIEHL, District Judge:**

      This matter is before the Court on Petitioner's motion for relief pursuant to 28 U.S.C. § 2255. Following a hearing, Petitioner's supervised release was revoked, and he was sentenced to 8 months imprisonment.[1]  *See United States v. Robinson*, Case No. 98-CR-30114 (S.D. Ill., filed Jan. 13, 2004). He now challenges that revocation, claiming that Counsel was ineffective in failing to advise him of the consequences of his guilty plea to the "parole violation." He also challenges the length of this additional sentence, arguing that this sentence was a breach of his original "parole contract agreement."

      The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach all relevant portions of the record.

      **IT IS SO ORDERED.**

      **DATED:  August 29, 2006.**

      **s/ WILLIAM D. STIEHL**
      **DISTRICT JUDGE**

---

[1] Petitioner states that his sentence was 26 months. However, the judgment (Doc. 32, criminal case) indicates a sentence of 8 months "consecutive to the term of imprisonment imposed . . . for a total term of 26 months."